JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAROYAN LUMBER COMPANY, INC., a California corporation,<br><br>Defendant. | Case No. 2:19-cv-07691 DDP (AFMx)<br><br>**ORDER GRANTING DISMISSAL OF CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT** |

### ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2), LOS ANGELES WATERKEEPER's claims as to SAROYAN LUMBER COMPANY, INC., as set forth in the Notice and Complaint, are dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter for purposes of dispute resolution and enforcement of the Settlement Agreement attached to the parties' Stipulation to Dismiss as Exhibit 1.

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
2 |
3 | Dated: July 29, 2020
4 | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
  | Hon. Dean D. Pregerson
5 | United States District Judge